# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 11/6//2015

**AMENDED NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/6/2015 11:00:49 AM
CHRISTOPHER A. PRINE
Clerk

**TO:** 1ST COURT OF APPEALS

**From:** **Deputy Clerk: IRMA MEDINA
Chris Daniel, District Clerk
Harris County, T E X A S**

**CAUSE:** **2012-25694**

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** **67496086**

**DUE** **2/15/2016** **ATTORNEY** **2752000**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** **1ST**

**DATE ORDER SIGNED:** **9/29/2015**

**MOTION FOR NEW TRIAL FILED:** **10/16/2015**

**REQUEST TRANSCRIPT DATE FILED** **10/16/2015**

**NOTICE OF APPEAL DATE FILED** **10/16/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )** **120**

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** **BC, C, O**

CHRIS DANIEL
Harris County, District Clerk

By: _/s/IRMA MEDINA_
**IRMA MEDINA, Deputy**

| | |
|---|---|
| **BC** | **NOTICE OF APPEAL FILED** |
| **BG** | **NOTICE OF APPEAL FILED – GOVERNMENT** |
| **C** | **JUDGMENT BEING APPEALED** |
| **D -** | **ACCELERATED APPEAL** |
| **OA** | **NO CLERK'S RECORD REQUEST FILED** |
| **O** | **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**) |
| **NA** | **AMENDED NOTICE OF APPEAL** |

## CAUSE NO. 2012-25694

| | | |
|---|---|---|
| **SHALE EXPLORATION, LLC** | § | **IN THE DISTRICT COURT** |
| | § | |
| **Intervenor-Plaintiff** | § | |
| | § | |
| **v.** | § | **152ND JUDICIAL DISTRICT** |
| | § | |
| **EAGLE OIL & GAS CO. AND** | § | |
| **EAGLE WES-TEX, L.P.** | § | |
| | § | |
| **Intervenor-Defendants** | § | **HARRIS COUNTY, TEXAS** |

## INTERVENOR-DEFENDANTS
### EAGLE OIL & GAS CO. AND EAGLE WES-TEX, L.P.'S
### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Pursuant to Rule 320 *et seq.* of the Texas Rules of Civil Prcoedure and Rules 25 and 26 of the Texas Rules of Appellate Procedure, Intervenor-Defendants Eagle Oil & Gas Co. and Eagle Wes-Tex, L.P. hereby file their Notice of Appeal from the following judgment signed by the Honorable Judge Robert Schaffer, Presiding Judge of the 152nd Judicial District Court, Harris County, in the above-numbered and styled cause, Cause No. 2012-25694, *Shale Exploration, LLC v. Eagle Oil & Gas Co. and Eagle Wes-Tex, L.P.*: (1) Judgment signed on July 21, 2015 (attached as Exhibit A), and (2) Amended Judgment signed on September 29, 2015 (attached as Exhibit B).

Intervenor-Defendants Eagle Oil & Gas Co. and Eagle Wes-Tex, L.P. desire to appeal the (1) Judgment signed on July 21, 2015 (attached as Exhibit A), and (2) Amended Judgment signed on September 29, 2015 (attached as Exhibit B), to the First or Fourteenth District Courts of Appeals in Houston, Texas.

1

Although Intervenor-Defendants Eagle Oil & Gas Co. and Eagle Wes-Tex, L.P. assert that the Amended Judgment signed on September 29, 2015 vacated and/or replaced the Judgment signed on July 21, 2015, and thus restarted the post-judgment motion deadlines and the appellate timetable, Intervenor-Defendants Eagle Oil & Gas Co. and Eagle Wes-Tex, L.P. hereby file this Notice of Appeal in an abundance of caution.

Note that Intervenor-Defendants Eagle Oil & Gas Co. and Eagle Wes-Tex, L.P. filed (1) a Motion for New Trial and Motion to Modify, Correct, or Reform the Judgment on August 19, 2015, and (2) a Motion for New Trial and Motion to Modify, Correct, or Reform the Judgment as to the Amended Judgment Signed on September 29, 2015 on October 16, 2015.

2

Respectfully submitted,

**GODWIN LEWIS PC**

By: /s/Bruce W. Bowman, Jr.

**Bruce W. Bowman, Jr.**
Texas Bar No. 02752000
**W. Ira Bowman**
Texas Bar No. 24050316
**Elisaveta Dolghih**
Texas Bar No. 24043355
**Shawn M. McCaskill**
Texas Bar No. 24007633
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270-2041
Ph: (214) 939-4485
Fx: (214) 527-3239
Email: Bruce.Bowman@GodwinLewis.com
  Ira.Bowman@GodwinLewis.com
  Leiza.Dolghih@GodwinLewis.com
  Shawn.McCaskill@GodwinLewis.com


**Elaine A. Carlson**
Texas Bar No. 03813575
15 Chestnut Hill Court
The Woodlands, TX 77380
Ph: (713) 646-1870
Email: elainecarlson@comcast.net

**ATTORNEYS FOR EAGLE OIL & GAS CO. AND EAGLE WES-TEX, LP**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of October, 2015, a true and correct copy of the foregoing document has been forwarded to the following via certified mail/return receipt and e-service:

Matthew R. Pearson
Gravely & Pearson, LLP
425 Soledad, Suite 600
San Antonio, Texas 78205
MPearson@gplawfirm.com

/s/ Bruce W. Bowman, Jr.
Bruce W. Bowman, Jr.

4

CAUSE NO. 2012-25694

| | | |
|---|---|---|
| SHALE EXPLORATION, LLC, | § | IN THE DISTRICT COURT OF |
| Plaintiff-Intervenor, | § | |
| | § | |
| vs. | § | HARRIS COUNTY, TEXAS |
| | § | |
| EAGLE OIL & GAS CO. and EAGLE | § | |
| WES-TEX, L.P., | § | |
| Defendants. | § | 152nd JUDICIAL DISTRICT |

## AMENDED JUDGMENT

On the 20th day of August, 2014, the Court called the above-entitled and numbered cause for trial. Shale Exploration, LLC, the Plaintiff-Intervenor and Counter-Defendant, appeared in person and by its attorney of record and announced ready for trial and Eagle Oil & Gas Co., Defendant, and Eagle Wes-Tex, L.P., Counter-Plaintiff, appeared in person and by their attorney of record and announced ready for trial. A jury of twelve (12) qualified jurors was duly empaneled and the case proceeded to trial.

At the conclusion of the evidence, the Court submitted the questions of fact in the case to the jury. The charge of the Court and the verdict of the jury are incorporated for all purposes by reference. Because it appears to the Court that the verdict of the jury was for Shale Exploration and against Eagle Oil & Gas Co. and Eagle Wes-Tex, L.P., judgment should be rendered on the verdict in favor of Shale Exploration, LLC and against Eagle Oil & Gas Co. and Eagle Wes-Tex, L.P. as follows:

IT IS THEREFORE ORDERED that Plaintiff-Intervenor, Shale Exploration, LLC, have and recover from Defendant, Eagle Oil and Gas Co., in the amount of $20,267,216.10. This amount consists of $14,300,000.00 in actual, compensatory damages as awarded by the jury, exemplary damages of $4,500,000.00 as found by the jury, and prejudgment interest on past actual damages

totaling $1,467,216.10. Prejudgment interest is calculated at the rate of 5% on $14,300,000.00 from September 9, 2013, the date of the Intervention, to the day before the date of this judgment, September 28, 2015.

IT IS FURTHER ORDERED that Defendant, Eagle Wes-Tex, L.P., shall take nothing from Shale Exploration, LLC on all of its counter-claims.

IT IS FURTHER ORDERED that Plaintiff, Shale Exploration, LLC, have and recover from Defendant, Eagle Oil & Gas Co., its incurred court costs pursuant to Texas Rules of Civil Procedure 131.

IT IS FURTHER ORDERED that the judgment here rendered shall accrue post-judgment interest at the rate of 5.00% per annum from September 29, 2015, until paid.

All writs and processes for the enforcement and collection of this judgment or the costs of court may issue as necessary. The judgment finally disposes of all parties and claims and is appealable.

All other relief not expressly granted in this judgment is denied.

SIGNED this _____ day of _____, 2015.

Signed: _Robert K Schaffer_
9/29/2015 _____
HONORABLE JUDGE SCHAFFER

2

APPROVED AS TO FORM:

GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, Texas 78205
Telephone: (210) 472-1111
Facsimile: (210) 472-1110


By: _____
      Matthew R. Pearson
      State Bar No. 00788173
      Jonathan Lisenby
      State Bar No. 24072889


ATTORNEYS FOR PLAINTIFF-INTERVENOR

3